# EXHIBIT A

## TIMEKEEPER HOURS (GrayRobinson, P.A.)

Elio F. Martinez, Jr.: 53.6 total hours at a rate of $525.00

Robert R. Jimenez: 12.9 total hours at a rate of $380.00

Maday Cohen: 0.8 total hours at a rate of $150.00

## BIOGRAPHIES (GrayRobinson, P.A. timekeepers)

### Elio F. Martinez, Jr.

Elio F. Martinez, Jr. is a shareholder in the Miami office of GrayRobinson, P.A., focusing his practice on intellectual property litigation, specifically infringement of trademarks, patents and copyrights, as well as protection of trade secrets. He also has extensive experience in commercial litigation and financial services litigation. He has represented lenders in multi-million dollar litigation and work-out of complex troubled loans, and securities brokers in FINRA arbitration hearings. In addition to his trial experience, he has argued numerous appeals.

For more than 30 years, Elio has been litigating matters of trademark counterfeiting, trademark infringement, copyright infringement, patent infringement and trade secret misappropriation. His intellectual property experience also extends to helping clients, owners of world renown trademarks, develop and implement anti-piracy efforts in the United States and abroad. His clients have included many of the best-known brands in the world, as well small businesses seeking to develop and protect their intellectual property.

### Robert R. Jimenez

Robert R. Jimenez is a senior associate in the Miami office of GrayRobinson, P.A. His practice includes intellectual property and commercial litigation, electronic discovery, and appellate matters. He has experience representing trademark and copyright owners, financial institutions, and commercial clients across varying areas in both state and federal court. Robert routinely counsels businesses on electronic discovery and information governance issues, supporting clients across every phase of the Electronic Discovery Reference Model. He has experience in multijurisdictional data collections, in negotiating e-discovery protocols, and in leading discovery teams and vendors. Additionally, Robert is a Certified E-discovery Specialist, holds the E-discovery Practice Certificate from the Electronic Discovery Institute, and has significant appellate experience.

### Maday Cohen

Maday Cohen is a hybrid paralegal in the Miami office of GrayRobinson, P.A. She is a seasoned professional with 15 years of experience managing various cases, including litigation support in both federal and state court matters. She routinely works on commercial and intellectual property cases, as well as arbitration disputes.

**TIMEKEEPER HOURS (Jeffer Mangels Butler & Mitchell LLP)**

Rod S. Berman: 10.5 total hours at a rate of $945.00

Gregory C. Cordrey:  7.2 total hours at a rate of $750.00

Brennan C. Swain: 4.3 total hours at a rate of $675.00

Jessica Bromall Sparkman:  13.2 total hours at a rate of $655.00

Remi Salter: 0.8 total hours at a rate of $395.00

Shiloh Filin: 1.6 total hours at a rate of $395.00


**BIOGRAPHIES (Jeffer Mangels Butler & Mitchell LLP timekeepers)**

*Rod S. Berman*

Rod Berman is a Partner in the Los Angeles office of Jeffer Mangels Butler & Mitchell LLP, where he is chairperson of the Firm's Intellectual Property Law Group.  His practice focuses on patent, trademark, trade dress, copyright, unfair competition and internet responsibilities, and includes counseling, litigation, opinions, licensing, acquisition and prosecution. He represents many nationally and internationally known clients, and has been involved in a number of published patent, trademark and copyright cases in a wide variety of industries.

Rod has worked on a broad range of matters including those involving aircraft, apparel, automotive, beauty care, bicycles, biotechnology, cannabis products including CBDs, hemp and extraction techniques, celebrity endorsement, computer-related business methods, dietary and nutritional supplements, electrochemistry, food and restaurants, health care, inflatables, insecticides, jewelry, medical devices, packaging, pharmaceuticals, polymers, pressure sensors, retail, special effects, sports and entertainment, and toys.

In addition to being a registered patent attorney, Rod is a court-recognized expert in patent and trademark law, and has successfully argued before the Federal Circuit and the Ninth Circuit. He was also successful in resolving a U.S. Supreme Court petition for certiorari.

Rod also has a strong business background, and received a Master of Science Degree from Indiana University. He has participated in numerous symposia and published several legal and technical papers on patent, trademark and copyright issues. He has particular expertise in strategy and tactics involving intellectual property disputes and design arounds, as well as internet and cyber law.

*Gregory C. Cordrey*

Greg is a Partner in the Orange County office of Jeffer Mangels Butler & Mitchell LLP, where he is a member of the firm's Patent Litigation Group and PTAB Trial Group.

In his nearly 25 years as a lawyer, Greg has focused on litigating patent infringement matters and other disputes involving complex technology, as well as representing patent owners and

challengers before the Patent Trial and Appeal Board (PTAB). Greg also has extensive experience with licensing intellectual property, including successfully negotiating numerous license agreements, and advising clients regarding their IP litigation and acquisition strategy.

He has litigated patent cases throughout the United States, including popular patent venues in the Northern and Central Districts of California, and the Eastern District of Texas. In addition, Greg has represented clients before the Court of Appeals for the Federal Circuit and PTAB. Greg's clients come from a wide variety of industries, including semiconductor and LCD manufacturing, medical devices, computer software, computer accessories, automotive, aircraft (avionics and interiors), and consumer products (packaging and paper products).

### Brennan C. Swain

Brennan Swain is a Partner in the Los Angeles office of Jeffer Mangels Butler & Mitchell LLP, where his legal practice emphasizes patent and trademark law, including prosecution, litigation and client counseling. With over 20 years' experience as a patent attorney, Brennan has drafted and/or prosecuted over 1000 patents and patent applications in the U.S. and around the world. Over time he has developed unique relationships with the U.S. Patent Office Examiners reviewing patent applications he has filed for clients. These relationships often result in faster time from filing to issuance of a patent. Brennan's experience in patent litigation also helps in obtaining strong, defensible patents with broad claims.

Brennan also has significant experience in Patent Trial and Appeal Board post grant proceedings, including filing and successfully completing several Inter Partes Reviews.

In the trademark field Brennan has experience in prosecution, opinions, counseling and portfolio management as well as disputes before the Trademark Trial and Appeal Board of the USPTO.

### Jessica Bromall Sparkman

Jessica Bromall Sparkman is a Partner in the Los Angeles office of Jeffer Mangels Butler & Mitchell LLP, where she represents clients in a variety of industries in all facets of trademark, copyright, and trade secret law, including selection and acquisition, protection, federal trademark application and registration, opinions, portfolio management, enforcement, co-existence and settlement agreements, domain names, and litigation. She has experience managing portfolios of more than two thousand trademark registrations, has applied for or maintained trademark registrations in more than 150 countries, and has managed a global trademark monitoring and enforcement program involving hundreds of proceedings and negotiations in more than 50 countries.

Jessica counsels clients about agreements to acquire, sell, and protect intellectual property, including assignments, acquisitions, licenses, and non-disclosure and confidentiality agreements, and has performed due diligence for clients in numerous large transactions. She also litigates trademark, unfair competition, copyright, patent, trade secret, and privacy rights cases in state and federal court, and has extensive experience practicing before the Trademark Trial and Appeal Board of the USPTO.

Jessica has experience working in a variety of industries, including alcoholic beverages, apparel, footwear, cigars, toys, sports and fishing equipment, restaurants, jewelry, packaging, retail, entertainment, and international educational organizations.

### Remi Salter

Remi Salter is an associate in the Firm's Litigation Group. Her practice focuses on general commercial litigation, corporate defense and investigation matters, and intellectual property litigation. Remi has represented clients in a variety of industries and cases, including contract disputes, construction defect disputes, trademarks, patents, and probate and trust matters. She has been involved in all aspects of litigation, including pre-lawsuit investigations, conducting discovery, drafting pleadings and motions, conducting depositions, and preparing for trial.

### Shiloh Filin

Shiloh Filin has been with the Firm since 2006 and is a paralegal in the firm's Intellectual Property department. Her responsibilities emphasize trademark prosecution including both U.S. and foreign trademark applications and assisting with the management of trademark portfolios. Prior to joining the Intellectual Property department, Shiloh worked in the Firm's Litigation and Labor departments as a paralegal and legal secretary. Throughout her career in the legal industry, which has included numerous trials in state and federal courts, she has worked on cases in a wide range of areas, including litigation of trademark and trade secret cases, land use disputes, environmental litigation, eminent domain and employment defense. She was part of the trial team of a complex labor dispute involving one of the largest labor unions in the country tried in the Southern District of New York. Shiloh is an expert at calculating class-action damages and implementing practice support programs.

# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
███████████

Benjamin Nazarian.CEO                                             July 2, 2020
Theragun, Inc.                                                   FILE # 301822 - 1
6100 Wilshire Blvd., Inc.
Los Angeles, CA 90048

Invoice #        10948031
Re:              Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and
                 Dezhou Create Fitness Equipment Co. Ltd.

This summary includes all transactions on the above matter processed up to and including the
date of the last transaction shown on this invoice.  Any transactions, including credits or receipts
processed after that date will be reflected on a future statement.

| | |
|---|---|
| CURRENT FEES: | $ 8,132.00 |
| CURRENT DISBURSEMENTS: | $ 549.20 |
| LESS TRUST FUNDS | $-5,000.00 |
| **CURRENT BALANCE DUE**: | **$ 3,681.20** |

1784                            **REMITTANCE COPY**
                          **PAYMENT IS DUE UPON RECEIPT**
            **To ensure timely allocation to amounts due, please wire payment to:**

                                **Wells Fargo Bank, NA**
                                ███████████████████

                          **GrayRobinson, P.A. Operating Account**
                                ███████████████████

                    **Please reference your File or Invoice Number.**

# GRAY ROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
████████████████

Benjamin Nazarian.CEO                                        July 2, 2020
Theragun, Inc.                                               FILE # 301822 - 1
6100 Wilshire Blvd., Inc.
Los Angeles, CA 90048

Invoice #        10948031
Re:              Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and
                 Dezhou Create Fitness Equipment Co. Ltd.

This summary includes all transactions on the above matter processed up to and including the
date of the last transaction shown on this invoice.  Any transactions, including credits or receipts
processed after that date will be reflected on a future statement.

|  |  |
|---|---|
| CURRENT FEES: | $ 8,132.00 |
| CURRENT DISBURSEMENTS: | $ 549.20 |
| LESS TRUST FUNDS | $-5,000.00 |
| **CURRENT BALANCE DUE**: | **$ 3,681.20** |

1784                    **CLIENT COPY**
                **PAYMENT IS DUE UPON RECEIPT**
     **To ensure timely allocation to amounts due, please wire payment to:**

                    **Wells Fargo Bank, NA**
                    ████████████████

            **GrayRobinson, P.A. Operating Account**
                    ████████████████

        **Please reference your File or Invoice Number.**

10948031

Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and Dezhou Create Fitness
Equipment Co. Ltd.

**Professional Services:**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/01/20 | EM | Analyze draft Complaint re ascertaining background prior to revising and preparing Complaint for filing in Southern District of Florida. | 0.50 | $ 250.00 |
| 06/01/20 | EM | Multiple written communications with R. Berman re ████████████████████ | 0.50 | $ 250.00 |
| 06/01/20 | EM | Prepare additional Count in Complaint for violation of Florida's Deceptive and Unfair Trade Practices Act. | 1.00 | $ 500.00 |
| 06/01/20 | EM | Telephone conference with R. Berman re ████████ ████████████████████ | 0.20 | $ 100.00 |
| 06/01/20 | EM | Analyze multiple Court filings from California lawsuit, including Amended Complaint and Motion for leave to serve by e-mail, re information needed to add Dezhou as party to Florida lawsuit. | 0.40 | $ 200.00 |
| 06/01/20 | EM | Analyze motion to serve Dezhou by email in California action re possibly seeking similar relief in Florida. | 0.20 | $ 100.00 |
| 06/01/20 | EM | Communications with R. Berman re ████████ ████████████████ | 0.20 | $ 100.00 |
| 06/02/20 | RJ | Draft of motions to appear pro hac vice, certificates, and proposed orders; correspondences on same. | 1.50 | $ 540.00 |
| 06/02/20 | EM | Revise Complaint to add Defendants and to supplement facts as to FDUPTA claim. | 1.50 | $ 750.00 |
| 06/02/20 | EM | Analyze Patent Certificate to be attached as Exhibit to Complaint. | 0.30 | $ 150.00 |
| 06/02/20 | EM | Communications with co-counsel R. Berman re ████████████ | 0.20 | $ 100.00 |
| 06/03/20 | RJ | Review of draft complaint and correspondences regarding filing same. | 0.20 | $ 72.00 |
| 06/03/20 | EM | Further revisions to Complaint. | 0.80 | $ 400.00 |
| 06/03/20 | EM | Revisions to Civil Cover Sheet and Summonses. | 0.30 | $ 150.00 |
| 06/04/20 | RJ | Review of court correspondence RE: pro hac vice; revisions to motions to appear pro hac vice and order; correspondence to co-counsel on same. | 0.70 | $ 252.00 |
| 06/04/20 | EM | Finalize Complaint, Summonses and Civil Cover Sheet and prepare for filing. | 0.50 | $ 250.00 |
| 06/04/20 | EM | Communications with R. Berman and G. Cordrey re ████████████ | 0.30 | $ 150.00 |
| 06/04/20 | EM | Analyze confirmation of filing of Complaint, Civil Cover Sheet and summonses with District Court, Southern District of Florida. | 0.20 | $ 100.00 |

10948031
Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and Dezhou Create Fitness
Equipment Co. Ltd.

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 06/04/20 | EM | Communications with R. Berman re ██████████ ██████████ | 0.20 | $ 100.00 |
| 06/04/20 | MC | Preparation of Exhibit in connection to Complaint. | 0.20 | $ 30.00 |
| 06/05/20 | EM | Analyze filed Complaint and engage in several communications with co-counsel re ██████████ ████ | 0.30 | $ 150.00 |
| 06/05/20 | EM | Conference with process server re service of process. | 0.20 | $ 100.00 |
| 06/05/20 | MC | Coordinate service of Summons and Complaint with process server. | 0.20 | $ 30.00 |
| 06/08/20 | EM | Communications with process server re status of service on Golovan at Miami location. | 0.20 | $ 100.00 |
| ████████ | | ████████████████████ | ███ | █████ |
| ████████ | | ████████████████████ | ███ | █████ |
| ████████ | | ████████████████████ | ███ | █████ |
| ████████ | | ███████████████████ | ███ | ████ |
| ████████ | | ███████████████████ | ███ | █████ |
| ████████ | | ███████████████████ | ███ | █████ |
| ████████ | | █████████████████████ | ███ | █████ |
| ████████ | | ████████████████████ | ███ | █████ |
| ████████ | | █████████████████████ | ███ | █████ |
| ████████ | | ███████████████████ | ███ | █████ |
| 06/09/20 | EM | Multiple communications (written and oral) with process server re service of process in North Miami Beach and language of Return if Service. | 0.50 | $ 250.00 |
| ████████ | | ██████████████████ | ███ | █████ |
| ████████ | | ███████████████████ | ███ | █████ |

10948031
Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and Dezhou Create Fitness
Equipment Co. Ltd.

| | | | | |
|---|---|---|---|---|
| ███ | ████████ | █ | █ | |
| ███ | ████████ | █ | ███ | |
| ███ | ████████ | █ | ███ | |
| ███ | ████████ | █ | ███ | |
| ███ | ████████ | █ | ███ | |
| ███ | ████████ | █ | ███ | |
| ███ | ████████ | █ | ███ | |
| ███ | ████████ | █ | ███ | |
| 06/24/20 | EM | Analyze file re preparation of Certificate of Interested Parties. | 0.30 | $ 150.00 |
| 06/24/20 | RJ | Research local rules and FRCP RE: deadlines and correspondences on same; correspondence from OC RE: extension. | 0.30 | $ 108.00 |
| ███ | ████████ | █ | ███ | |
| ███ | ████████ | █ | ███ | |
| ███ | ████████ | █ | ███ | |
| ███ | ████████ | █ | ███ | |
| ███ | ████████ | █ | ███ | |
| ███ | ████████ | █ | ███ | |
| ███ | ████████ | █ | ███ | |
| ███ | ████████ | █ | ███ | |

10948031

Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and Dezhou Create Fitness
Equipment Co. Ltd.

| | | | | | |
|---|---|---|---|---|---|
| 06/26/20 | EM | Analyze file re filing of Certificate of Interested Parties. | | 0.20 | $ 100.00 |

Current Fees:      $ 8,132.00

### Summary of Professional Fees:

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Martinez, Elio | 14.20 | $ 500.00 | $ 7,100.00 |
| Jimenez, Robert | 2.70 | $ 360.00 | $ 972.00 |
| Cohen, Maday | 0.40 | $ 150.00 | $ 60.00 |
| | 17.30 | | $ 8,132.00 |

### Disbursements:

| | | |
|---|---|---|
| 06/04/20 | PAYEE: Clerk of the Court, Miami-Dade County (FL); REQUEST#: 1010778; DATE: 6/5/2020.  -  ePortal | $ 400.00 |
| 06/09/20 | VENDOR: DLE Process Servers, Inc. INVOICE#: DLE-2020023137 DATE: 6/9/2020   Summons and Complaint served on: Defendant, GOLOVAN LTD., d/b/a GETKRAFT. | $ 80.00 |
| 06/09/20 | VENDOR: FedEx ERS INVOICE#: 326729355 DATE: 6/15/2020   Tracking #770664887430 From: GRAY ROBINSON PA, 333 SE 2ND AVE, SUITE 3200MIAMI, FL 331312191   To: GOLOVAN LTD., 198 DIZENGOFF, TEL AVIV, 294 | $ 50.44 |
| 06/09/20 | VENDOR: FedEx ERS INVOICE#: 703701758 DATE: 6/12/2020   Tracking #770664654411 From: GrayRobinson, P.A., 333 S.E. 2nd Avenue, MIAMI, FL 33131   To: Attn; Roy D. Gross, Esq., The Roy Gross Law Firm, LLC, 50 Washington Street, NORWALK, CT 06854 | $ 18.76 |

Current Disbursements:      $ 549.20

### Summary of Disbursements:

| DESCRIPTION | AMOUNT |
|---|---|
| Express Mail | $ 69.20 |
| Filing Fee | $ 400.00 |
| Service of Process | $ 80.00 |
| | $ 549.20 |

# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
███████████████

Benjamin Nazarian.CEO                                        August 5, 2020
Theragun, Inc.                                              FILE # 301822 - 1
6100 Wilshire Blvd., Inc.
Los Angeles, CA 90048

Invoice #       10955717
Re:             Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and
                Dezhou Create Fitness Equipment Co. Ltd.

This summary includes all transactions on the above matter processed up to and including the
date of the last transaction shown on this invoice.  Any transactions, including credits or receipts
processed after that date will be reflected on a future statement.

| | |
|---|---|
| CURRENT FEES: | $ 2,130.00 |
| CURRENT DISBURSEMENTS: | $ 0.00 |
| **CURRENT BALANCE DUE**: | **$ 2,130.00** |

1784                    **REMITTANCE COPY**
                   **PAYMENT IS DUE UPON RECEIPT**
        **To ensure timely allocation to amounts due, please wire payment to:**

                    **Wells Fargo Bank, NA**
                    ███████████████

              **GrayRobinson, P.A. Operating Account**
                    ███████████████

           **Please reference your File or Invoice Number.**

# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
███████████████

Benjamin Nazarian.CEO                                          August 5, 2020
Theragun, Inc.                                                 FILE # 301822 - 1
6100 Wilshire Blvd., Inc.
Los Angeles, CA 90048

Invoice #        10955717
Re:              Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and
                 Dezhou Create Fitness Equipment Co. Ltd.

This summary includes all transactions on the above matter processed up to and including the
date of the last transaction shown on this invoice.  Any transactions, including credits or receipts
processed after that date will be reflected on a future statement.

|                           |            |
|---------------------------|------------|
| CURRENT FEES:             | $ 2,130.00 |
| CURRENT DISBURSEMENTS:     | $ 0.00     |
| **CURRENT BALANCE DUE**:   | **$ 2,130.00** |

1784                          **CLIENT COPY**
                     **PAYMENT IS DUE UPON RECEIPT**
          **To ensure timely allocation to amounts due, please wire payment to:**

                          **Wells Fargo Bank, NA**
                          ███████████████████

                  **GrayRobinson, P.A. Operating Account**
                          ███████████████████

             **Please reference your File or Invoice Number.**

10955717

Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and Dezhou Create Fitness
Equipment Co. Ltd.

**Professional Services:**

| | | | | |
|---|---|---|---|---|
| 07/06/20 | EM | Communications with R. Berman re ▮▮▮ ▮▮▮ | 0.30 | $ 150.00 |
| 07/06/20 | EM | Analyze file re preparation of corporate disclosures. | 0.20 | $ 100.00 |
| 07/17/20 | EM | Analyze file re deadline for filing of Scheduling Report. | 0.30 | $ 150.00 |
| 07/17/20 | EM | Written communications with R. Berman re ▮▮▮ | 0.20 | $ 100.00 |
| 07/17/20 | EM | Telephone conference with R. Berman re ▮▮▮ | 0.20 | $ 100.00 |
| 07/17/20 | EM | Prepare Theragun's Corporate Disclosures Statement. | 0.50 | $ 250.00 |
| 07/17/20 | EM | Prepare letter to R. Berman re ▮▮▮ | 0.10 | $ 50.00 |
| 07/17/20 | MC | Draft Plaintiff Theragun, Inc.'s Corporate Disclosure Statement. | 0.20 | $ 30.00 |
| 07/24/20 | EM | Communications with R. Berman re ▮▮▮ | 0.30 | $ 150.00 |
| ▮▮▮ | | ▮▮▮ | ▮▮ | ▮▮ |
| 07/29/20 | EM | Analyze file, including pleadings and return of service, and calculate deadline for Scheduling Meeting. | 0.40 | $ 200.00 |
| ▮▮▮ | | ▮▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | | ▮▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | | ▮▮▮ | ▮▮ | ▮▮ |
| 07/31/20 | EM | Prepare letter to R. Berman re ▮▮▮ | 0.20 | $ 100.00 |
| 07/31/20 | EM | Revise Corporate Disclosure Statement. | 0.20 | $ 100.00 |
| 07/31/20 | EM | Communications with R. Berman re ▮▮▮ | 0.30 | $ 150.00 |
| 07/31/20 | EM | Analyze Rules and file re ▮▮▮ | 0.20 | $ 100.00 |

10955717
Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and Dezhou Create Fitness
Equipment Co. Ltd.

| | | | | |
|---|---|---|---|---|
| 07/31/20 | EM | Analyze Court's paperless Order granting Golovan's Motion for extension of Time. | 0.10 | $ 50.00 |

Current Fees:      $ 2,130.00

**Summary of Professional Fees**:

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Martinez, Elio | 4.20 | $ 500.00 | $ 2,100.00 |
| Cohen, Maday | 0.20 | $ 150.00 | $ 30.00 |
| | 4.40 | | $ 2,130.00 |

# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
██████████████

Benjamin Nazarian.CEO                                September 3, 2020
Theragun, Inc.                                       FILE # 301822 - 1
6100 Wilshire Blvd., Inc.
Los Angeles, CA 90048

Invoice #        10960701
Re:              Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and
                 Dezhou Create Fitness Equipment Co. Ltd.


This summary includes all transactions on the above matter processed up to and including the date of the
last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that
date will be reflected on a future statement.

|  |  |
|---|---|
| CURRENT FEES: | $ 10,334.00 |
| CURRENT DISBURSEMENTS: | $ 0.00 |
| **CURRENT BALANCE DUE**: | **$ 10,334.00** |

1784                          **REMITTANCE COPY**
                    **PAYMENT IS DUE UPON RECEIPT**
         **To ensure timely allocation to amounts due, please wire payment to:**


                          **Wells Fargo Bank, NA**
                       ██████████████████████
                   **GrayRobinson, P.A. Operating Account**
                       ██████████████████████

              **Please reference your File or Invoice Number.**

# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
████████████████

Benjamin Nazarian.CEO                                    September 3, 2020
Theragun, Inc.                                           FILE # 301822 - 1
6100 Wilshire Blvd., Inc.
Los Angeles, CA 90048

Invoice #        10960701
Re:              Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and
                 Dezhou Create Fitness Equipment Co. Ltd.

This summary includes all transactions on the above matter processed up to and including the date of the last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that date will be reflected on a future statement.

| | |
|---|---|
| CURRENT FEES: | $ 10,334.00 |
| CURRENT DISBURSEMENTS: | $ 0.00 |
| **CURRENT BALANCE DUE:** | **$ 10,334.00** |

1784                        **CLIENT COPY**
                    **PAYMENT IS DUE UPON RECEIPT**
        **To ensure timely allocation to amounts due, please wire payment to:**

                    **Wells Fargo Bank, NA**
                    ████████████████

            **GrayRobinson, P.A. Operating Account**
                    ████████████████

        **Please reference your File or Invoice Number.**

10960701

Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and Dezhou Create Fitness
Equipment Co. Ltd.

**Professional Services:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/03/20 | EM | Analyze Plaintiff's Corporate Disclosure Statement prior to finalizing and filing. | 0.20 | $100.00 |
| 08/03/20 | EM | Analyze Court's confirmation of filed Corporate Disclosure Statement. | 0.10 | $50.00 |
| 08/03/20 | EM | Analyze emails from Paka Harp and Kraftgun re ███████ ███████ | 0.30 | $150.00 |
| 08/03/20 | EM | Communications with R. Berman re ███████ | 0.20 | $100.00 |
| 08/04/20 | EM | Analyze file re preparation of Joint Scheduling Report and deadline for same. | 0.30 | $150.00 |
| 08/04/20 | EM | Written communications with R. Berman re ███████ ███████ | 0.20 | $100.00 |
| 08/04/20 | EM | Conference with R. Berman re s ███████ | 0.20 | $100.00 |
| 08/07/20 | EM | Communications with R. Berman re ███████ | 0.20 | $100.00 |
| 08/07/20 | EM | Analyze file re deadline to hold joint scheduling conference re possible extension on same. | 0.20 | $100.00 |
| ███████ | | ███████ | ██ | ██ |
| ███████ | | ███████ | ██ | ██ |
| ███████ | | ███████ | ██ | ██ |
| ███████ | | ███████ | | ██ |
| ███████ | | ███████ | ██ | ██ |
| ███████ | | ███████ | ██ | ██ |
| 08/07/20 | EM | Analyze Court Order extending time to hold joint scheduling conference and new deadlines. | 0.20 | $100.00 |
| 08/07/20 | EM | Prepare letter to R. Berman re ███████ | 0.10 | $50.00 |
| 08/10/20 | EM | Analyze electronic notification of Court's resetting deadlines for Joint Scheduling Conference and submission of Joint Scheduling Report. | 0.10 | $50.00 |
| ███████ | | ███████ | ██ | ██ |

10960701

Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and Dezhou Create Fitness
Equipment Co. Ltd.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/18/20 | EM | Several communications with R. Berman re ███████ ████████████ | 0.30 | $150.00 |
| 08/18/20 | EM | Analyze file re preparation of motion to serve Dezhou by email. | 0.30 | $150.00 |
| 08/18/20 | EM | Communications with G. Cordrey re ██████████ ████████ | 0.20 | $100.00 |
| 08/18/20 | EM | Analyze recent Curt Orders re impact of settlement with Golovan on submission of Joint Scheduling Report and related filings. | 0.20 | $100.00 |
| ████████ | ████ | ███████████████████████████████████ | ████ | ██████ |
| ████████ | ████ | █████████████████████████████ | ████ | ██████ |
| 08/19/20 | EM | Communications with R. Berman and G. Cordrey (various) re ████████████ | 0.30 | $150.00 |
| 08/19/20 | EM | Analyze motion for electronic service on Dezhou filed in California case re preparation of same in Florida case. | 0.30 | $150.00 |
| 08/19/20 | EM | Analyze Order re electronic service on Dezhou in California case re preparation of same in Florida case. | 0.20 | $100.00 |
| 08/19/20 | EM | Analyze Declaration of G. Cordrey in California case re electronic service on Dezhou re preparation of similar Declaration in Florida case. | 0.20 | $100.00 |
| 08/19/20 | EM | Conduct on-line research re operations of Dezhou re preparation and execution of Declaration in support electronic service. | 1.00 | $500.00 |
| 08/19/20 | EM | Prepare Declaration of Elio F. Martinez Jr. re Motion for electronic Service on Dezhou in Florida case. | 0.60 | $300.00 |
| 08/19/20 | EM | Prepare proposed Order re electronic service on Dezhou. | 0.40 | $200.00 |
| 08/19/20 | EM | Analyze relevant case law re electronic service on Dezhou. | 0.60 | $300.00 |
| 08/19/20 | EM | Prepare Motion for Electronic Service on Dezhou in Florida case. | 0.80 | $400.00 |
| 08/19/20 | EM | Communications with G. Cordrey re ████████ ██████ | 0.20 | $100.00 |
| 08/19/20 | EM | Analyze Affidavit of Celeste Ingals re motion for electronic service on Dezhou. | 0.30 | $150.00 |
| 08/20/20 | RJ | Case law research and correspondences re: email service upon Chinese defendant. | 0.60 | $216.00 |
| 08/20/20 | EM | Revise Motion for Electronic Service on Dezhou. | 0.20 | $100.00 |
| 08/20/20 | EM | Revise Declaration of Elio F. Martinez, Jr. re electronic service on Dezhou. | 0.20 | $100.00 |
| ████████ | ████ | ██████████████████████████████████ | ████ | ██████ |
| ████████ | ████ | ███████████████████████████ | ████ | ██████ |

10960701

Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and Dezhou Create Fitness Equipment Co. Ltd.

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 08/20/20 | EM | Communications with R. Berman and G. Condrey re ███████████████ | 0.30 | $150.00 |
| 08/20/20 | EM | Analyze e-mail communications between Dezhou and California counsel for Theragun re California lawsuit, for inclusion in Motion for electronic service on Dezhou. | 0.20 | $100.00 |
| 08/20/20 | EM | Commence research re Southern District of Florida law on electronic service of process. | 0.50 | $250.00 |
| 08/21/20 | RJ | Additional case law research re: service on Dezhou and correspondences on same. | 1.30 | $468.00 |
| 08/21/20 | EM | Analyze case law from Southern District of Florida re service on Chinese company through electronic means. | 1.50 | $750.00 |
| 08/21/20 | EM | Revise Declaration of  F. Martinez, Jr. to incorporate additional information received from co-counsel re  with Dezhou. | 0.50 | $250.00 |
| 08/21/20 | EM | Revise Motion for Electronic Service on Dezhou, incorporating additional case law and new information from co-counsel re ███████ | 1.00 | $500.00 |
| 08/21/20 | EM | Several communications with co-counsel re ████████ ████████ | 0.30 | $150.00 |
| 08/21/20 | EM | Prepare letter and package for R. Berman re ███████ ███████████ | 0.20 | $100.00 |
| ████████ | | ██████████████████████████████ | ███ | ████ |
| ████████ | | █████████████████████████ | ███ | ████ |
| ████████ | | ███████████████████ | ███ | ████ |
| ████████ | | █████████████████████ | ███ | ████ |
| ████████ | | ███████████████████ | ███ | ████ |
| ████████ | | ████████████████████ | ███ | ████ |
| 08/24/20 | EM | Analyze communication from R. Berman re ███████ | 0.10 | $50.00 |
| 08/24/20 | EM | Analyze file re finalization of Motion for electronic service on Dezhou. | 0.30 | $150.00 |
| 08/25/20 | EM | Final analysis of Motion for electronic service on Dezhou and supporting Declaration prior to filing with Court. | 0.20 | $100.00 |
| 08/25/20 | EM | Analyze Court's confirmation of filed Motion for electronic discovery on Dezhou and supporting declaration. | 0.10 | $50.00 |
| 08/25/20 | EM | Analyze communication with Court re submitted proposed Order on Motion for electronic service on Dezhou. | 0.10 | $50.00 |

10960701

Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and Dezhou Create Fitness Equipment Co. Ltd.

| 08/25/20 | EM | Communications with R. Berman re ████████████ | 0.30 | $150.00 |
| 08/31/20 | EM | Analyze deadlines for Joint Scheduling Meeting and Report re possible motion for extension. | 0.20 | $100.00 |
| 08/31/20 | EM | Analyze file re information needed for preparation of Motion for extension of time on Joint Scheduling Meeting and Report. | 0.40 | $200.00 |
| 08/31/20 | EM | Prepare Motion for extension on Joint Scheduling Meeting and Report. | 0.70 | $350.00 |
| 08/31/20 | EM | Prepare proposed Order on Motion for extension on Joint Scheduling Meeting and Report. | 0.30 | $150.00 |
| 08/31/20 | EM | Communications with R. Berman re ████████████ | 0.20 | $100.00 |

Current Fees: $10,334.00

**Summary of Professional Fees:**

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| Martinez, Elio | 19.30 | $ 500.00 | $ 9,650.00 |
| Jimenez, Robert | 1.90 | $ 360.00 | $ 684.00 |
| | 21.20 | | $ 10,334.00 |

Page 5

# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
███████████████

Benjamin Nazarian.CEO                                    October 2, 2020
Theragun, Inc.                                          FILE # 301822 - 1
6100 Wilshire Blvd., Inc.
Los Angeles, CA 90048

Invoice #        10965795
Re:              Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and
                 Dezhou Create Fitness Equipment Co. Ltd.

This summary includes all transactions on the above matter processed up to and including the date of the
last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that
date will be reflected on a future statement.

|  |  |
|---|---:|
| **PRIOR BALANCE:** | $ 16,145.20 |
| **CURRENT FEES:** | $ 3,517.00 |
| **CURRENT DISBURSEMENTS:** | $ 32.18 |
| **CURRENT BALANCE DUE:** | $ 3,549.18 |
| **TOTAL BALANCE DUE:**<br>(Prior balance included) | **$ 19,694.38** |

1784                          **REMITTANCE COPY**
                        **PAYMENT IS DUE UPON RECEIPT**
          **To ensure timely allocation to amounts due, please wire payment to:**

                          **Wells Fargo Bank, NA**
                          ███████████████

                    **GrayRobinson, P.A. Operating Account**
                          ███████████████

                    **Please reference your File or Invoice Number.**

# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
███████████████

Benjamin Nazarian.CEO                                          October 2, 2020
Theragun, Inc.                                                FILE # 301822 - 1
6100 Wilshire Blvd., Inc.
Los Angeles, CA 90048

Invoice #        10965795
Re:              Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and
                 Dezhou Create Fitness Equipment Co. Ltd.

This summary includes all transactions on the above matter processed up to and including the date of the
last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that
date will be reflected on a future statement.

|  |  |
|---|---|
| PRIOR BALANCE: | $ 16,145.20 |
| CURRENT FEES: | $ 3,517.00 |
| CURRENT DISBURSEMENTS: | $ 32.18 |
| CURRENT BALANCE DUE: | $ 3,549.18 |
| **TOTAL BALANCE DUE:** | **$ 19,694.38** |
| (Prior balance included) | |

1784                          **CLIENT COPY**
                       **PAYMENT IS DUE UPON RECEIPT**
          **To ensure timely allocation to amounts due, please wire payment to:**

**Wells Fargo Bank, NA**
███████████████████

**GrayRobinson, P.A. Operating Account**
███████████████████

**Please reference your File or Invoice Number.**

TheraGun, Inc.                                                    Invoice No.  10965795
Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan                Invoice Date: October 2, 2020
Golovan and Dezhou Create Fitness Equipment Co. Ltd.

**Professional Services:**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/20 | EM | Analyze Court confirmation of filed Motion for Extension of Time re Scheduling Conference and Report. | 0.10 | $52.50 |
| 09/01/20 | EM | Analyze communication to Court re proposed Order on Motion for Extension of Time. | 0.10 | $52.50 |
| 09/01/20 | EM | Analyze Court's paperless Order granting Motion for Extension of Time. | 0.10 | $52.50 |
| 09/01/20 | EM | Communication with R. Berman re ███████ ██████████ | 0.10 | $52.50 |
| 09/01/20 | EM | Analyze Court notice re resetting deadlines for Joint Scheduling Conference and submission of Joint Scheduling Report. | 0.10 | $52.50 |
| 09/08/20 | EM | Communications with R. Berman re ██████ ████ | 0.20 | $105.00 |
| 09/08/20 | EM | Analyze Court Orders re new deadline for Joint Scheduling Report and filing of Certificate of Interested Parties. | 0.20 | $105.00 |
| 09/09/20 | EM | Analyze file re preparation of Certificate of Interested Parties. | 0.30 | $157.50 |
| 09/09/20 | EM | Prepare Certificate of Interested Parties. | 0.30 | $157.50 |
| 09/09/20 | EM | Analyze file re information needed for Joint Scheduling Report and date due. | 0.10 | $52.50 |
| 09/10/20 | EM | Finalize Certificate of Interested Parties. | 0.10 | $52.50 |
| 09/10/20 | EM | Analyze Court conformation of receipt of Certificate of Interested Parties. | 0.10 | $52.50 |
| 09/11/20 | EM | Communications with R. Berman re ██████ ████████ | 0.20 | $105.00 |
| 09/17/20 | RJ | Review court order granting service; service correspondence to defendant in China; registration on Alibaba site for purposes of effecting service as per court order and message with attachments to defendant; creation of screenshots as confirmations and internal correspondences on same. | 1.00 | $380.00 |
| 09/17/20 | RJ | Draft of service declaration. | 0.50 | $190.00 |
| 09/17/20 | EM | Analyze Court Order granting Motion for Electronic service on Dezhou. | 0.20 | $105.00 |
| 09/17/20 | EM | Communications with R. Berman re ███████████████ | 0.20 | $105.00 |
| 09/17/20 | EM | Strategize re effecting electronic service on Dezhou. | 0.30 | $157.50 |
| 09/17/20 | EM | Analyze confirmation of service on Dezhou by email and posting in alibaba.com. | 0.20 | $105.00 |
| 09/17/20 | EM | Communications with R. Berman re ██████ ████████ | 0.20 | $105.00 |
| 09/17/20 | EM | Analyze and revise Declaration of Service (on Dezhou) for Robert Jimenez. | 0.20 | $105.00 |

TheraGun, Inc.                                                                                    Invoice No.  10965795
Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan                                       Invoice Date: October 2, 2020
Golovan and Dezhou Create Fitness Equipment Co. Ltd.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/17/20 | EM | Communications with R. Berman re ███████ | 0.20 | $105.00 |
| 09/18/20 | RJ | Revisions to declaration and correspondences on same; filing of declaration and service upon Chinese defendant. | 0.70 | $266.00 |
| 09/18/20 | EM | Analyze filed Declaration of service on Dezhou and Court's electronic confirmation of same. | 0.20 | $105.00 |
| 09/29/20 | RJ | Correspondences RE: letter to defendant; preparation and revision to letter for service and service on Chinese defendant; submission of letter and message to defendant on Alibaba website; additional correspondences on same. | 0.70 | $266.00 |
| 09/29/20 | EM | Analyze file and Court's Orders re deadline for Dezhou to file response to Complaint and deadline to hold joint scheduling meeting and file Joint Scheduling Report. | 0.30 | $157.50 |
| 09/29/20 | EM | Prepare letter to Dezhou re deadline for Joint Scheduling Meeting. | 0.20 | $105.00 |
| 09/29/20 | EM | Analyze confirmation of service of letter on Dezhou re Joint Scheduling Meeting by email and Alibaba.com. | 0.10 | $52.50 |
| 09/29/20 | EM | Communication with R. Berman re ███████ | 0.20 | $105.00 |
| 09/29/20 | EM | Communication with R. Berman re ███████ | 0.10 | $52.50 |

Current Fees:  $3,517.00

**Summary of Professional Fees**:

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Martinez, Elio | 4.60 | $ 525.00 | $ 2,415.00 |
| Jimenez, Robert | 2.90 | $ 380.00 | $ 1,102.00 |
| | 7.50 | | $ 3,517.00 |

**Disbursements:**

| 08/21/20 | Computer Research Westlaw - JIMENEZ | $ 32.18 |
|---|---|---|

Current Disbursements:  $ 32.18

**Summary of Disbursements:**

| DESCRIPTION | AMOUNT |
|---|---|
| Computer Research | $ 32.18 |
| | $ 32.18 |

Page 3

# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
████████████████

Benjamin Nazarian.CEO                                        November 4, 2020
Theragun, Inc.                                               FILE # 301822 - 1
6100 Wilshire Blvd., Inc.
Los Angeles, CA 90048

Invoice #        10972598
Re:              Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and
                 Dezhou Create Fitness Equipment Co. Ltd.

This summary includes all transactions on the above matter processed up to and including the date of the
last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that
date will be reflected on a future statement.

|  |  |
|---|---|
| **PRIOR BALANCE:** | $ 5,679.18 |
| **CURRENT FEES:** | $ 7,062.50 |
| **CURRENT DISBURSEMENTS:** | $ 0.00 |
| **CURRENT BALANCE DUE:** | $ 7,062.50 |
| **TOTAL BALANCE DUE:** | **$ 12,741.68** |
| (Prior balance included) | |

**REMITTANCE COPY**
                **PAYMENT IS DUE UPON RECEIPT**
     **To ensure timely allocation to amounts due, please wire payment to:**

                **Wells Fargo Bank, NA**
                ████████████████

             **GrayRobinson, P.A. Operating Account**
                ████████████████

        **Please reference your File or Invoice Number.**

# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
█████████████

Benjamin Nazarian.CEO                                          November 4, 2020
Theragun, Inc.                                                FILE # 301822 - 1
6100 Wilshire Blvd., Inc.
Los Angeles, CA 90048

Invoice #        10972598
Re:              Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and
                 Dezhou Create Fitness Equipment Co. Ltd.

This summary includes all transactions on the above matter processed up to and including the date of the last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that date will be reflected on a future statement.

|  |  |
|---|---|
| PRIOR BALANCE: | $ 5,679.18 |
| CURRENT FEES: | $ 7,062.50 |
| CURRENT DISBURSEMENTS: | $ 0.00 |
| CURRENT BALANCE DUE: | $ 7,062.50 |
| **TOTAL BALANCE DUE:** | **$ 12,741.68** |
| (Prior balance included) | |

1784                          **CLIENT COPY**
                    **PAYMENT IS DUE UPON RECEIPT**
        **To ensure timely allocation to amounts due, please wire payment to:**

                          **Wells Fargo Bank, NA**
                          ████████████████

                 **GrayRobinson, P.A. Operating Account**
                          ████████████████

        **Please reference your File or Invoice Number.**

TheraGun, Inc.                                                    Invoice No.  10972598
Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan                Invoice Date: November 4, 2020
Golovan and Dezhou Create Fitness Equipment Co. Ltd.

**Professional Services:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/02/20 | EM | Analyze file re possible preparation of Unilateral Scheduling Report ▮▮▮ | 0.20 | $105.00 |
| 10/05/20 | EM | Analyze file, including present status of court docket and upcoming deadlines, re ▮▮▮ | 0.30 | $157.50 |
| 10/06/20 | RJ | Correspondences RE: motion for default. | 0.10 | $38.00 |
| 10/06/20 | EM | Analyze file and court docket re deadlines for response to Complaint by Dezhou ▮▮▮ | 0.30 | $157.50 |
| 10/06/20 | EM | Communications with R Berman re ▮▮▮ | 0.30 | $157.50 |
| 10/08/20 | EM | Communications with G. Cordrey re ▮▮▮ | 0.20 | $105.00 |
| 10/08/20 | EM | Analyze file re formulation of strategy on motion for default final judgment. | 0.30 | $157.50 |
| 10/09/20 | RJ | Research RE: Clerk's default in email service cases; draft of request for Clerk's Default; correspondences on same. | 1.00 | $380.00 |
| 10/09/20 | EM | Conference with G. Cordrey re ▮▮▮ | 0.30 | $157.50 |
| 10/09/20 | EM | Prepare for strategy conference with G. Cordrey re motion for default final judgment, including analysis of Complaint and related court filings re relief to be sought in motion. | 0.50 | $262.50 |
| 10/09/20 | EM | Analyze file re non-response to Complaint by Dezhou and moving for default. | 0.20 | $105.00 |
| 10/12/20 | RJ | Research similar email case on Pacer. | 0.50 | $190.00 |
| 10/12/20 | EM | Analyze and revise Motion for Entry of Clerk's Default against Dezhou. | 0.20 | $105.00 |
| 10/12/20 | EM | Analyze proposed Order on Clerk's default against Dezhou. | 0.10 | $52.50 |
| 10/12/20 | EM | Research re issue of seeking damages as part of final default judgment against Dezhou. | 1.00 | $525.00 |
| 10/12/20 | EM | Analyze Clerk's Default entered against Dezhou. | 0.10 | $52.50 |
| 10/12/20 | RJ | Posting of documents filed on defendant Alibaba website and create screenshot confirmations and correspondences on same. | 0.20 | $76.00 |
| 10/12/20 | RJ | Filing of motion for default and service on Chinese defendant. | 0.20 | $76.00 |
| 10/12/20 | RJ | Draft of proposed Clerk's Default and correspondences on same. | 0.50 | $190.00 |
| 10/13/20 | EM | Analyze court docket re preparation of Motion to excuse compliance with Rule 16(b) requirements. | 0.40 | $210.00 |

TheraGun, Inc.                                                                  Invoice No.  10972598
Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan                   Invoice Date: November 4, 2020
Golovan and Dezhou Create Fitness Equipment Co. Ltd.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/13/20 | EM | Prepare Motion to Excuse compliance with Rule 16(b) requirements. | 0.50 | $262.50 |
| 10/13/20 | EM | Prepare Order on Motion to excuse compliance with Rule 16(b) requirements. | 0.10 | $52.50 |
| 10/13/20 | EM | Additional research re requirements for damages in default judgment against Dezhou. | 0.30 | $157.50 |
| 10/13/20 | EM | Communications with G. Cordrey re ███████████ ████████ | 0.20 | $105.00 |
| 10/13/20 | MC | Create cover page and compile exhibits in connection with Plaintiff's Motion to Excuse Compliance. | 0.20 | $32.00 |
| 10/14/20 | RJ | Correspondences and upload of filed motion to defendant's Alibaba website. | 0.20 | $76.00 |
| 10/14/20 | EM | Communications with G. Cordrey re ███████████ ████████ | 0.20 | $105.00 |
| 10/14/20 | EM | Revise and finalize Motion to be excused from Rule 16(b) requirements. | 0.30 | $157.50 |
| 10/14/20 | EM | Communications with R. Berman re ██████ ████████ | 0.20 | $105.00 |
| 10/14/20 | EM | Analyze Court's confirmation of filed Motion to excuse compliance with Rule 16(b) requirements. | 0.10 | $52.50 |
| 10/20/20 | RJ | Correspondences Re: from co-counsel and internally Re: ████████████ | 0.20 | $76.00 |
| 10/20/20 | EM | Analyze file re deadline for compliance with Rule 16 requirements. | 0.10 | $52.50 |
| 10/20/20 | EM | Communications with R. Berman and G. Cordrey ██ ████████████ | 0.20 | $105.00 |
| 10/20/20 | EM | Communications with G. Cordrey re ████████ ███████ | 0.30 | $157.50 |
| 10/21/20 | RJ | Service correspondence to Chinese defendant and upload of documents plus message on Defendant's Alibaba portal. | 0.30 | $114.00 |
| 10/21/20 | EM | Analyze and revise Motion for Default Judgment against Dezhou. | 0.60 | $315.00 |
| 10/21/20 | EM | Analyze and revise proposed Order on Motion for Default Judgment. | 0.20 | $105.00 |
| 10/21/20 | EM | Analyze confirmation of filed Motion for Default Judgment. | 0.10 | $52.50 |
| 10/21/20 | EM | Analyze communication to Court submitting proposed Order on Motion for Default Judgment. | 0.10 | $52.50 |
| 10/21/20 | EM | Communications with G. Cordrey re ████████ ███████ | 0.20 | $105.00 |
| 10/21/20 | EM | Analyze confirmation of electronic service of Motion for Default on Dezhou. | 0.10 | $52.50 |
| 10/22/20 | RJ | Review judicial order on scheduling report and judge's draft order. | 0.30 | $114.00 |

TheraGun, Inc.                                                      Invoice No.  10972598
Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan              Invoice Date: November 4, 2020
Golovan and Dezhou Create Fitness Equipment Co. Ltd.

| | | | | |
|---|---|---|---|---|
| 10/22/20 | EM | Analyze file re preparation of Unilateral Scheduling Report and proposed Order. | 0.20 | $105.00 |
| 10/22/20 | RJ | Draft of proposed unilateral scheduling report and correspondence on same. | 1.20 | $456.00 |
| 10/23/20 | RJ | Correspondences RE: unilateral scheduling report, review proposed order, and service of filing through Alibaba defendant website. | 0.40 | $152.00 |
| 10/23/20 | EM | Revise Unilateral Scheduling Report. | 0.30 | $157.50 |
| 10/23/20 | EM | Revise proposed Scheduling Order. | 0.20 | $105.00 |
| 10/23/20 | EM | Communications with G. Cordrey and R. Berman ▮ ▮▮▮▮▮▮▮▮▮▮ | 0.10 | $52.50 |
| 10/23/20 | EM | Analyze Court confirmation of filed Unilateral Scheduling Report. | 0.10 | $52.50 |
| 10/23/20 | EM | Analyze communication to Court submitting proposed Scheduling Order. | 0.10 | $52.50 |
| 10/23/20 | EM | Prepare communication to G. Cordrey and R. Berman ▮▮▮▮▮▮▮▮▮▮ | 0.10 | $52.50 |
| 10/23/20 | EM | Prepare communication to G. Cordrey and R. Berman ▮▮▮▮▮▮▮▮▮▮ | 0.10 | $52.50 |
| 10/26/20 | EM | Analyze several communications from Dezhou on Alibaba.com confirming receipt of Summons, Complaint and other documents served. | 0.30 | $157.50 |

Current Fees:      $7,062.50

**Summary of Professional Fees**:

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Martinez, Elio | 9.70 | $ 525.00 | $ 5,092.50 |
| Jimenez, Robert | 5.10 | $ 380.00 | $ 1,938.00 |
| Cohen, Maday | 0.20 | $ 160.00 | $ 32.00 |
| | 15.00 | | $ 7,062.50 |

# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
██████████████

Benjamin Nazarian.CEO                                    December 3, 2020
Theragun, Inc.                                           FILE # 301822 - 1
6100 Wilshire Blvd., Inc.
Los Angeles, CA 90048

Invoice #        10978064
Re:              Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and
                 Dezhou Create Fitness Equipment Co. Ltd.

This summary includes all transactions on the above matter processed up to and including the date of the
last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that
date will be reflected on a future statement.

|  |  |
|---|---|
| **PRIOR BALANCE:** | $ 12,741.68 |
| **CURRENT FEES:** | $ 954.00 |
| **CURRENT DISBURSEMENTS:** | $ 30.60 |
| **CURRENT BALANCE DUE:** | $ 984.60 |
| **TOTAL BALANCE DUE:**<br>(Prior balance included) | **$ 13,726.28** |

1784                          **REMITTANCE COPY**
                    **PAYMENT IS DUE UPON RECEIPT**
        **To ensure timely allocation to amounts due, please wire payment to:**

                        **Wells Fargo Bank, NA**
                        ██████████████████

                **GrayRobinson, P.A. Operating Account**
                ██████████████████

            **Please reference your File or Invoice Number.**

# GRAYROBINSON

Attorneys At Law
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
███████████████

Benjamin Nazarian.CEO                                        December 3, 2020
Theragun, Inc.                                              FILE # 301822 - 1
6100 Wilshire Blvd., Inc.
Los Angeles, CA 90048

Invoice #       10978064
Re:             Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan Golovan and
                Dezhou Create Fitness Equipment Co. Ltd.

This summary includes all transactions on the above matter processed up to and including the date of the last transaction shown on this invoice.  Any transactions, including credits or receipts processed after that date will be reflected on a future statement.

|  |  |
|---|---|
| **PRIOR BALANCE:** | $ 12,741.68 |
| **CURRENT FEES:** | $ 954.00 |
| **CURRENT DISBURSEMENTS:** | $ 30.60 |
| **CURRENT BALANCE DUE:** | $ 984.60 |
| **TOTAL BALANCE DUE:** | **$ 13,726.28** |
| (Prior balance included) | |

1784                          **CLIENT COPY**
                      **PAYMENT IS DUE UPON RECEIPT**
        **To ensure timely allocation to amounts due, please wire payment to:**

                          **Wells Fargo Bank, NA**
                          ████████████████████

              **GrayRobinson, P.A. Operating Account**
                          ████████████████████

        **Please reference your File or Invoice Number.**

TheraGun, Inc.                                                                    Invoice No.  10978064
Theragun, LLC v Golovan Ltd. d/b/a GetKraft, Ivan                    Invoice Date: December 3, 2020
Golovan and Dezhou Create Fitness Equipment Co. Ltd.

**Professional Services:**

| | | | | |
|---|---|---|---|---|
| 11/05/20 | EM | Prepare communication to client re ██████████ ██████████ | 0.20 | $105.00 |
| 11/20/20 | RJ | Review signed order on default, correspondences on same and upload to defendant's Alibaba website and correspondence to defendant on same. | 0.30 | $114.00 |
| 11/20/20 | EM | Analyze Final Default Judgment entered by Court against Dezhou. | 0.20 | $105.00 |
| 11/20/20 | EM | Analyze notice of Court's notification to USPTO re Final judgment entered against Dezhou. | 0.20 | $105.00 |
| 11/20/20 | EM | Analyze file and Rules re deadline for filing Motion for Attorneys' Fees against Dezhou. | 0.30 | $157.50 |
| 11/20/20 | EM | Prepare letter to R. Berman re ████████ ████████████████ | 0.30 | $157.50 |
| 11/20/20 | EM | Analyze confirmation of service of Judgment electronically upon Dezhou re deadline for Dezhou to comply with requirements of Judgment. | 0.20 | $105.00 |
| 11/30/20 | EM | Communications with R. Berman re ████████ ████████████ | 0.20 | $105.00 |

Current Fees:                                    $954.00

**Summary of Professional Fees**:

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Martinez, Elio | 1.60 | $ 525.00 | $ 840.00 |
| Jimenez, Robert | 0.30 | $ 380.00 | $ 114.00 |
| | 1.90 | | $ 954.00 |

**Disbursements:**

| | | |
|---|---|---|
| 10/09/20 | Computer Research Westlaw - JIMENEZ | $ 30.60 |

Current Disbursements:                          $ 30.60

**Summary of Disbursements:**

| DESCRIPTION | AMOUNT |
|---|---|
| Computer Research | $ 30.60 |
| | $ 30.60 |

Page 2

**JMBM**  Jeffer Mangels
Butler & Mitchell LLP

Los Angeles
San Francisco
Orange County    jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**ATTORNEYS AT LAW**

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

June 10, 2020
Invoice 1787735
▮▮▮▮▮▮▮▮▮▮

Page 206

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

Our Matter #  **76840-9042**                                  For Services Through May 31, 2020

**v. Golovan Ltd.**

| Date | Description | | | |
|------|-------------|---|---|---|
| 05/08/20 | Review Kraft website; capture webpages; review chart to determine if details are up to date; ▮▮▮▮▮▮▮▮▮▮ research re KraftGun relationship to Golovan Ltd. | | | |
| | Shiloh Filin | 1.40 hrs.  395.00/hr | $ | 553.00 |
| 05/08/20 | Correspondence re purchase of infringing goods. | | | |
| | Remi Salter | 0.30 hrs.  395.00/hr | | 118.50 |
| 05/08/20 | Exchange e-mail with client ▮▮▮▮▮▮▮. | | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | | 189.00 |
| 05/08/20 | Review infringement analysis and conference with associate re obtaining samples (.3); preparation of e-mail to client ▮▮▮▮ (.1). | | | |
| | Rod S. Berman | 0.40 hrs.  945.00/hr | | 378.00 |
| 05/08/20 | Review email from R. Berman (.1); check Kraft website and other related online pages to determine continuing infringement and any changes since last review (.2); ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| | Brennan C. Swain | 0.60 hrs.  675.00/hr | | 405.00 |
| 05/11/20 | Exchange e-mail ▮▮▮▮▮▮▮ | | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | | 94.50 |
| 05/11/20 | Prepare for and participate in conferences with R. Berman and S. Filin re sellers, importer/exporters and manufacturers and connections thereto (.2); ▮▮▮▮▮▮▮▮▮▮ | | | |
| | Brennan C. Swain | 0.90 hrs.  675.00/hr | | 607.50 |

# JMBM

Jeffer Mangels
Butler & Mitchell LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

## ATTORNEYS AT LAW

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

June 10, 2020
Invoice 1787735

Page 207

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | Amount |
|------|------------|--|--------|
| 05/12/20 | Review KRAFTGUN websites and social media presence (.8); research re KRAFTGUN entity and U.S. presence (.4); research re Golovan (.3); review and analyze KRAFTGUN product and relevant patents (.3); initiate work on Complaint (.3). | | |
| | Jessica Bromall Sparkman | 2.10 hrs.  655.00/hr | 1,375.50 |
| 05/13/20 | Conference with B. Swain ███████████████████ (.1); conference with G. Cordrey re potential infringement claims and preparation of e-mail to client ████ (.1). | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |
| 05/13/20 | Conference with J. Bromall Sparkman re venue for lawsuit and allegations re old and new Kraft models. | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |
| 05/13/20 | Initial review of new Kraft version (.1); preparation of e-mail ████ ████ and conference with colleague re patent analysis (.1). | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |
| 05/13/20 | Review e-mails re Kraft investigation and conference with associate re same. | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | 94.50 |
| 05/13/20 | Analyze Kraftgun 2.0 for infringement (.6); draft summary of same for R. Berman ████ (.5). | | |
| | Greg Cordrey | 1.10 hrs.  750.00/hr | 825.00 |
| 05/13/20 | ████████████████████████ | | ████ |

# JMBM

**Jeffer Mangels**
**Butler & Mitchell** LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

## ATTORNEYS AT LAW

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

June 10, 2020
Invoice 1787735
████████████████
Page 208

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE



| Date | Description | Hours / Rate | Amount |
|---|---|---|---|
| 05/14/20 | Review emails and information about Dezhou and work on Dezhou strategy (.5); research re U.S. entity (.2); consider strategy for additional defendants (.3); work on draft complaint (1.6).<br>Jessica Bromall Sparkman | 2.60 hrs.  655.00/hr | 1,703.00 |
| 05/14/20 | Review and revise e-mail to client ████████████<br>Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |
| 05/14/20 | ███████████████████████ | ████████ | ██ |
| 05/14/20 | ███████████████████████ | ████████ | ██ |
| 05/15/20 | Analyze issue of service on Dezhou (1.2); confer with R. Berman re same (.2).<br>Greg Cordrey | 1.40 hrs.  750.00/hr | 1,050.00 |
| 05/15/20 | Review complaint.<br>Brennan C. Swain | 0.30 hrs.  675.00/hr | 202.50 |
| 05/15/20 | Work on draft complaint (1.9); work on strategy for service and for naming defendants (.5).<br>Jessica Bromall Sparkman | 2.40 hrs.  655.00/hr | 1,572.00 |
| 05/16/20 | ███████████████████████ | ████████ | ██ |

# JMBM

**Jeffer Mangels**
**Butler & Mitchell** LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

## ATTORNEYS AT LAW

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

June 10, 2020
Invoice 1787735

███████████████

Page 209

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

| Date | Description | Timekeeper | Hours/Rate | Amount |
|------|-------------|-----------|-----------|-------|
| 05/16/20 | Draft email to client re ███████████████ ██████████ (.6); emails to investigator re further investigation of Golovan's U.S. connections and Fulfillmint and Miami warehouse (.2). | Jessica Bromall Sparkman | 0.80 hrs.  655.00/hr | 524.00 |
| 05/17/20 | Work on strategy for complaint (.2); consider service issues (.2). | Jessica Bromall Sparkman | 0.40 hrs.  655.00/hr | 262.00 |
| 05/18/20 | Confer with R. Berman re naming Dezhou as a defendant in the Kraftgun lawsuit. | Greg Cordrey | 0.20 hrs.  750.00/hr | 150.00 |
| 05/18/20 | Evaluate service issues and inclusion of Dezhou; conference with B. Nazarian ██████; exchange e-mail with local Florida counsel. | Rod S. Berman | 0.40 hrs.  945.00/hr | 378.00 |
| 05/18/20 | Review and analyze information ██████████ re potential defendants (.4); work on strategy for naming Dezhou (.1); revise complaint (.1). | Jessica Bromall Sparkman | 0.60 hrs.  655.00/hr | 393.00 |
| 05/19/20 | Conference with J. Bromall Sparkman re preparation of complaint and service issues. | Rod S. Berman | 0.30 hrs.  945.00/hr | 283.50 |
| 05/19/20 | Research re Golovan, Miami warehouse owner, and Kraft Gun locations and analysis of service and jurisdiction options (1.1); work on strategy for same (.6). | Jessica Bromall Sparkman | 1.70 hrs.  655.00/hr | 1,113.50 |
| 05/20/20 | Review and revise draft Kraft complaint including evaluation of potential defendants (.3) and preparation of e-mail to client ██████ (.1). | Rod S. Berman | 0.40 hrs.  945.00/hr | 378.00 |

# JMBM

Jeffer Mangels
Butler & Mitchell LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**ATTORNEYS AT LAW**

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

June 10, 2020
Invoice 1787735

Page 210

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---



| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 05/20/20 | Interview local Miami counsels and preparation of e-mail to client ▮ | | |
| | Rod S. Berman | 0.50 hrs.  945.00/hr | 472.50 |
| 05/20/20 | Research re warehouse owner/operator (Fulfilmint and AIMS) (.8); revise complaint (.9); email re same and re strategy for naming defendants (.4); work on strategy for naming defendants (.5). | | |
| | Jessica Bromall Sparkman | 2.60 hrs.  655.00/hr | 1,703.00 |
| 05/21/20 | Conference with Greg re Dezhou's manufacture of Kraftgun. | | |
| | Brennan C. Swain | 0.10 hrs.  675.00/hr | 67.50 |
| 05/22/20 | ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 05/22/20 | ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 05/22/20 | ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| 05/25/20 | Exchange e-mails with local counsel re complaint. | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |
| 05/25/20 | Conference with client re ▮▮▮▮▮▮ (.1); preparation of e-mail to local counsel re same (.1). | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |

Total Fees for Professional Services for this Matter for this Invoice ............. $        20,513.50

# JMBM

Jeffer Mangels
Butler & Mitchell LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

## ATTORNEYS AT LAW

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

June 10, 2020
Invoice 1787735

████████████

Page 211

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

(** Less Courtesy Discount ............................................................. $ 2,013.55)

Total Fees Less Courtesy Discount ................................................ $ 18,499.95

Total Fees and Costs for this Matter for this Invoice ..................................... $ 18,499.95

# JMBM

**Jeffer Mangels
Butler & Mitchell** LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**ATTORNEYS AT LAW**

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

July 16, 2020
Invoice 1790607 ███████████

Page 204

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

Our Matter #   **76840-9042**                                    For Services Through June 30, 2020

**v. Golovan Ltd.**

| Date | Description | Hours/Rate | | Amount |
|---|---|---|---|---|
| 06/01/20 | Conference with Florida counsel re adding Dezhou create fitness equipment (.1) and preparation of email re same (.1). | | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | $ | 189.00 |
| 06/01/20 | Exchange email with opposing attorney re filing. | | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | | 94.50 |
| 06/02/20 | Review Kraft final complaint and exchange emails re same (.2); conference with G. Cordrey re unfair competition claim (.1). | | | |
| | Rod S. Berman | 0.30 hrs.  945.00/hr | | 283.50 |
| 06/03/20 | Exchange email with Florida counsel re imminent filing. | | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | | 94.50 |
| 06/04/20 | Review filed complaint and email from local counsel and preparation of email to client re ███. | | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | | 94.50 |
| 06/08/20 | Conference with H. Solton regarding ████████████████ ███ | | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | | 94.50 |
| 06/10/20 | Exchange email with Florida counsel regarding service. | | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | | 94.50 |
| 06/15/20 | Conference with ███████████████████████ (.1) and preparation of email to client ████████████ (.1). | | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | | 189.00 |

# JMBM

Jeffer Mangels
Butler & Mitchell LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

## ATTORNEYS AT LAW

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

July 16, 2020
Invoice 1790607
███████████████

Page 205

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 06/17/20 | Determine which patents that have issued since filing of complaint and which, if any, should be included in possible amended complaint (.1); conference with Greg regarding same. (.1). Brennan C. Swain | 0.20 hrs.  675.00/hr | 135.00 |
| 06/19/20 | Conference with G. Codrey regarding next steps. Rod S. Berman | 0.10 hrs.  945.00/hr | 94.50 |
| 06/19/20 | Exchange email with opposing counsel regarding extension (.1) and with client ██████████ (.1). Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |
| 06/21/20 | Review email from potential defendant lawyer and preparation of email to client ██████████. Rod S. Berman | 0.10 hrs.  945.00/hr | 94.50 |
| 06/23/20 | Correspondence regarding purchase of Kraftgun. Remi Salter | 0.30 hrs.  395.00/hr | 118.50 |
| 06/24/20 | Correspond with ██████████ (.1); conference with Rod regarding Kraft stopping sales and call with Ben (.2). Brennan C. Swain | 0.30 hrs.  675.00/hr | 202.50 |
| 06/25/20 | Exchange email ██████████ (.1) and with opposing attorney regarding extension and information for settlement demand (.1). Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |
| 06/25/20 | Review email from opposing attorney and extension papers (.1); preparation of email to local Florida counsel and client regarding ████ (.1). Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |

# JMBM

Jeffer Mangels
Butler & Mitchell LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**ATTORNEYS AT LAW**

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

July 16, 2020

Invoice 1790607

Page 206

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| | | | |
|---|---|---|---|
| 06/26/20 | Correspondence regarding sale and purchase of Kraftgun. | | |
| | Remi Salter | 0.10 hrs.  395.00/hr | 39.50 |

Total Fees for Professional Services for this Matter for this Invoice ............. $  2,385.50

(** Less Courtesy Discount ............................................................... $  238.55)

Total Fees Less Courtesy Discount ................................................. $  2,146.95

Total Fees and Costs for this Matter for this Invoice ...................................... $  2,146.95

# JMBM

Jeffer Mangels
Butler & Mitchell LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

## ATTORNEYS AT LAW

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

August 14, 2020
Invoice 1792999

Page 184

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

Our Matter #   **76840-9042**                          For Services Through July 31, 2020

**v. Golovan Ltd.**

| Date | Description | | | Amount |
|------|-------------|--|--|-------:|
| 07/02/20 | Exchange email with opposing attorney re disclosure (.1); preparation of email to client re ███████ (.1). | | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | $ | 189.00 |
| 07/05/20 | Analysis of damages ███████████ | | | |
| | Rod S. Berman | 0.40 hrs.  945.00/hr | | 378.00 |
| 07/05/20 | Preparation of email to client re ███████████ | | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | | 94.50 |
| 07/06/20 | Correspond ███████ re settlement possibility and patents infringed by the KraftGun. | | | |
| | Brennan C. Swain | 0.20 hrs.  675.00/hr | | 135.00 |
| 07/11/20 | Preparation of email to client re ███████████ | | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | | 94.50 |
| 07/17/20 | Review email from Florida local counsel (.1); preparation of email to client ███████ (.1). | | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | | 189.00 |

**JMBM**

Jeffer Mangels
Butler & Mitchell LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

## ATTORNEYS AT LAW

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

August 14, 2020
Invoice 1792999

Page 185

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | Amount |
|------|-------------|---|--------|
| 07/23/20 | Emails with attorneys re Golovan settlement, asin listing; review chart re same. | | |
| | Shiloh Filin | 0.20 hrs.  395.00/hr | 79.00 |
| 07/23/20 | Conference with C. Moncrief re ▮▮▮▮▮ | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |
| 07/24/20 | Conference with local counsel re status of case and settlement. | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | 94.50 |
| 07/28/20 | Review patent claims and new Kraft massage gun (.2); conference with B. Swain re infringement issue (.1). | | |
| | Rod S. Berman | 0.30 hrs.  945.00/hr | 283.50 |
| 07/28/20 | Conference with Ben Nazarian and C. Moncrief re ▮▮▮▮▮ (.1); conference with C. Moncrief re ▮▮▮▮▮ (.1); preparation of draft response to Golovan (.4) and exchange email with Ms. Moncrief re ▮▮▮ (.1). | | |
| | Rod S. Berman | 0.70 hrs.  945.00/hr | 661.50 |
| 07/28/20 | Review email from Christina re ▮▮▮▮▮ (.2); analyze device and compare to issued patents and pending applications (.7); prepare email ▮▮▮ (.2); prepare for and participate in conference with R. Berman, B. Nazarian and C. Moncrief (.6). | | |
| | Brennan C. Swain | 1.70 hrs.  675.00/hr | 1,147.50 |

# JMBM

Jeffer Mangels
Butler & Mitchell LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**ATTORNEYS AT LAW**

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

August 14, 2020
Invoice 1792999
███████████████

Page 186

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| | | | |
|---|---|---|---|
| 07/29/20 | Review email from client re ██████████ and preparation of email to Florida counsel re same. | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | 94.50 |
| 07/29/20 | Exchange email with local counsel re making appearance. | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | 94.50 |
| 07/29/20 | Exchange email with opposing attorney re extension. | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | 94.50 |
| 07/29/20 | Review email from local counsel and preparation of email to C. Moncrief re ████. | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | 94.50 |
| 07/31/20 | Review motion to extend and exchange email with local Florida counsel re same (.1); preparation of email to client re ██████ ████████ (.1). | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |
| 07/31/20 | Exchange emails re corporate disclosure statement. | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | 94.50 |

Total Fees for Professional Services for this Matter for this Invoice ............. $    5,569.00

(** Less Courtesy Discount ................................................................ $       556.90)

Total Fees Less Courtesy Discount ................................................. $    5,012.10

Total Fees and Costs for this Matter for this Invoice ..................................... $    5,012.10

# JMBM
**Jeffer Mangels
Butler & Mitchell** LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
## ATTORNEYS AT LAW
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

September 18, 2020
Invoice 1796240

Page 200

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

Our Matter #   **76840-9042**

For Services Through August 31, 2020

**v. Golovan Ltd.**



| 08/03/20 | | | |
|---|---|---|---|
| 08/03/20 | Review emails from Florida counsel and email from customer; exchange email with Florida counsel re same; preparation of email to client re | | |
| | Rod S. Berman | 0.30 hrs.  945.00/hr | 283.50 |
| 08/07/20 | Conference with C. Moncrief re ▮▮▮ exchange email with Florida counsel re court date extensions. | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |
| 08/18/20 | Correspond with Florida counsel re motion to serve Dezhou by electonic means. | | |
| | Greg Cordrey | 0.30 hrs.  750.00/hr | 225.00 |

# JMBM

Jeffer Mangels
Butler & Mitchell LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

## ATTORNEYS AT LAW

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

September 18, 2020
Invoice 1796240

████████████████

Page 201

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| | | | |
|---|---|---|---:|
| 08/18/20 | Conference with client re ████████ exchange email with Florida counsel re same and Dezhou default. | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |
| 08/18/20 | Exchange email with local counsel re dismissal and re serving Dezhou; review executed agreement; preparation of email to client re ████ | | |
| | Rod S. Berman | 0.30 hrs.  945.00/hr | 283.50 |
| 08/20/20 | Review motion to serve Dezhou by electronic means and provide comments and related correspondence from Dezhou to Florida counsel. | | |
| | Greg Cordrey | 0.50 hrs.  750.00/hr | 375.00 |
| 08/20/20 | Review emails re service on Dezhou; review draft motion and conference with G. Cordrey re same. | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |
| 08/21/20 | Preparation of email to client re ████████████ | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | 94.50 |
| 08/25/20 | Review  stipulation of dismissal and court order; review motion to serve Dezhou; exchange email with Florida counsel and preparation of emails to C. Moncrief re ████ | | |
| | Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |
| 08/28/20 | Correspondence re Kraftgun goods. | | |
| | Remi Salter | 0.10 hrs.  395.00/hr | 39.50 |
| 08/31/20 | Review motion to extend time for scheduling conference (.1) and confer with local counsel re same (.1). | | |
| | Greg Cordrey | 0.20 hrs.  750.00/hr | 150.00 |
| 08/31/20 | Exchange email with Florida counsel re motion to extend re Dezhou. | | |
| | Rod S. Berman | 0.10 hrs.  945.00/hr | 94.50 |

# JMBM

**Jeffer Mangels
Butler & Mitchell** LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

## ATTORNEYS AT LAW

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

September 18, 2020
Invoice 1796240

██████████████

Page 202

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

Total Fees for Professional Services for this Matter for this Invoice ............. $      3,471.50

(** Less Courtesy Discount ........................................................................ $      347.15)

Total Fees Less Courtesy Discount ................................................................ $      3,124.35

Total Fees and Costs for this Matter for this Invoice ..................................... $      3,124.35

# JMBM

Jeffer Mangels
Butler & Mitchell LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

## ATTORNEYS AT LAW

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

November 13, 2020
Invoice 1800743

Page 247

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

---

Our Matter #   **76840-9042**                                    For Services Through October 31, 2020

**v. Golovan Ltd.**

| Date | Description | Attorney | Hours/Rate | Amount |
|------|-------------|----------|------------|--------|
| 10/05/20 | Confer with B. Swain re infringement of newly issued patents. | Greg Cordrey | 0.30 hrs.  750.00/hr | $ 225.00 |
| 10/06/20 | Exchange email with Florida counsel re next steps. | Rod S. Berman | 0.10 hrs.  945.00/hr | 94.50 |
| 10/09/20 | Telephone conference with local counsel re moving for default judgment on Dezhou (.3); confer with R. Berman re same (.3). | Greg Cordrey | 0.60 hrs.  750.00/hr | 450.00 |
| 10/14/20 | Confer with client re ███████████████ ███████████████████ | Greg Cordrey | 0.30 hrs.  750.00/hr | 225.00 |
| 10/19/20 | Draft motion for default judgment. | Greg Cordrey | 1.40 hrs.  750.00/hr | 1,050.00 |
| 10/20/20 | Draft motion for default judgment (.3); confer with local counsel re finalizing and filing same (.1); draft proposed Final Default Judgment and Permanent Injunction (.2). | Greg Cordrey | 0.60 hrs.  750.00/hr | 450.00 |
| 10/20/20 | Review email re motion for default judgment and review same. | Rod S. Berman | 0.20 hrs.  945.00/hr | 189.00 |

# JMBM

Jeffer Mangels
Butler & Mitchell LLP

Los Angeles
San Francisco
Orange County

jmbm.com

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

## ATTORNEYS AT LAW

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
T: (310) 203-8080 F: (310) 203-0567

Attn: Benjamin Nazarian, CEO
TheraGun, Inc.

November 13, 2020
Invoice 1800743

███████████████

Page 248

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| | | | |
|---|---|---|---|
| 10/23/20 | Correspond with local counsel re unilateral scheduling motion (.2); correspond with client re ███ and motion for default judgment (.1). | | |
| | Greg Cordrey | 0.30 hrs.  750.00/hr | 225.00 |

Total Fees for Professional Services for this Matter for this Invoice ............. $ 2,908.50

(** Less Courtesy Discount ............................................................. $ 290.85)

Total Fees Less Courtesy Discount ................................................. $ 2,617.65

Total Fees and Costs for this Matter for this Invoice ..................................... $ 2,617.65